IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HILDA N. HUNTER,
    Petitioner,

v.                                                                Civil No. JFM 00-2189

Louis D. Crocetti, Jr., District Director
Immigration and Naturalization Service

    and

Janet Reno, Attorney General of the United States,
    Defendants.

ORDER

For the reasons stated in the accompanying memorandum, it is, this 28th day of September 2000 ORDERED:

1. That the Petition For Writ Of Mandamus Or, In The Alternative, Complaint For Declaratory Judgment And Injunction is Dismissed as moot;

2. That Petitioner's motion for attorney's fees is Granted;

3. That Defendant, the United States, pay Petitioner $ 6,387.02.

J. Frederick Motz
United States District Judge

6