IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| HILDA N. HUNTER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. JFM 00-2189 |
| ) | |
| LOUIS D. CROCETTI, JR. and JANET RENO, ) | |
| ) | |
| Respondents. ) | |

### ORDER

For the reasons stated in the accompanying memorandum, it is, this ___ day of December 2000 ORDERED that respondents' Motion to Alter or Amend Judgment is denied.

/s/ J. Frederick Motz
J. Frederick Motz
United States District Judge

7

